**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES HOWARD HUDDLESTON, III** | **:** | |
| **Plaintiff,** | **:** | |
| **vs.** | **:** | **CIVIL ACTION 06-00475-CG-B** |
| **JIMMY JOHNSON, <u>et</u> <u>al</u>.** | **:** | |
| **Defendants.** | **:** | |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and

is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 17th day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE
